# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal No. 20-02304-MBB** |
| ) | |
| **ANGEL RAUL ARIAS BAEZ,** ) | |
| ) | |

## MOTION FOR A RULE 11 HEARING

The United States, with the assent of counsel for defense, hereby requests that the Court schedule a Rule 11 hearing in this matter. The parties in this matter have reached agreement to resolve this case by way of a plea to an information, which was filed on August 19, 2020. Accordingly, the parties respectfully request that a Rule 11 hearing be scheduled in this matter after it is assigned.

    Respectfully submitted,

    ANDREW E. LELLING
    UNITED STATES ATTORNEY

By:    <u>/s/ Leah B Foley</u>
       Leah B. Foley
       Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for Defendant, who is a registered participant as identified on the Notice of Electronic Filing (NEF).

Date: August 19, 2020                                              /s/ *Leah Foley*
                                                                         Leah Foley
                                                                         Assistant United States Attorney